**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**Lisa Montes, on her own behalf and others similarly situated,**

          **Plaintiff,**

**-vs-**                                           **Case No. 6:05-cv-1315-Orl-28DAB**

**ZAC Enterprises, a Florida Corporation, d/b/a Sonic America's Greatest Drivethru,**

          **Defendant.**
_____/

# ORDER

This case is before the Court on Plaintiff's Motion to Strike Defendant's Affirmative Defenses to Plaintiff's Amended Complaint (Doc. No. 21) filed January 12, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, considering the objection and response filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed January 25, 2006 (Doc. No. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Strike Defendant's Affirmative Defenses to Plaintiff's Amended Complaint (Doc. No. 21) is **DENIED** without prejudice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 13th day of February, 2006.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party