UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LISA MONTES, ON HER OWN BEHALF
AND OTHERS SIMILARLY SITUATED,

        Plaintiff,

-vs-                              Case No. 6:05-cv-1315-Orl-28DAB

ZAC ENTERPRISES, A FLORIDA
CORPORATION, D/B/A SONIC
AMERICA'S GREATEST DRIVETHRU,

        Defendant.
_____/

## ORDER

This case is before the Court on the Joint Motion for Court Approval of Settlement Agreement and Motion to Dismiss All Claims and Counterclaims with Prejudice (Doc. No. 32) filed April 24, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed May 15, 2006 (Doc. No. 37) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Court Approval of Settlement Agreement and Motion to Dismiss All Claims and Counterclaims with Prejudice (Doc. No. 32) is **GRANTED**. The Clerk of Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __23__ day of May, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party